UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

JOANNA PARRISH,

    Plaintiff,

v.

VICTORIA'S SECRET STORES, LLC

    Defendant.

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§ 1332(a), 1441(a), 1446 and the applicable Local Rules of the Southern District of Florida, Defendant, Victoria's Secret Stores, LLC, ("Victoria's Secret") hereby removes this action from the Circuit Court for the Seventeenth Judicial Circuit In and For Broward County, Florida to the United States District Court Southern District of Florida. In support thereof, Victoria's Secret states as follows:

1. On or about February 25, 2019, Plaintiff Joanna Parrish filed a Complaint in a civil action for money damages in the Circuit Court of the 17th Judicial Circuit In and For Broward County, Florida, Victoria's Secret Stores, Case No. CACE-19-004284 (the "State Action").

2. A copy of the Complaint was delivered to a Victoria's Secret store on March 5, 2019. In accordance with 28 U.S.C. § 1446(a), copies of the Complaint, and all other papers served upon Victoria's Secret or filed in the State Action are attached hereto as a composite **Exhibit A**.

3. This case was previously removed to the federal court in the Southern District of Florida on October 8, 2019 by prior counsel based on diversity of jurisdiction and Plaintiff's

discovery responses which indicated Plaintiff was seeking damages which exceeded the jurisdictional requirement for removal. Prior to Victoria's Secret's receipt of Plaintiff's responses to discovery, Victoria's Secret did not have the requisite notice Plaintiff's alleged damages exceeded the jurisdictional requirement for removal of the action to this Court based on diversity jurisdiction

4.  In her Complaint, Plaintiff alleged the amount in controversy exceeds Fifteen Thousand Dollars ($15,000). *See*, Plaintiff's Complaint, ¶1.

5.  On September 26, 2019, Plaintiff served her Answers to Defendant, Victoria's Secret Stores' Supplemental Request for Admissions, which includes in relevant part, the admission that Plaintiff alleges damages in excess of $75,000.00, exclusive of interest and costs. *See* **Exhibit B,** Plaintiff's Answers to Defendant, Victoria's Secret Stores, LLC's, Supplemental Request for Admissions, at Request No. 24. Plaintiff's Answers to the Request for Admissions were the first indication that the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs and attorney fees.

7.  This Court ultimately granted Plaintiff's Motion to Remand on May 14, 2020 due to Plaintiff adding a new party, Lisa LeCorps, which destroyed diversity jurisdiction. *See* **Exhibit C.**

8.  However, the Circuit Court of the 17th Judicial Circuit In and For Broward County granted Defendant's Motion to Dismiss Defendant Lisa LeCorps as a Party on July 12, 2021. The Court ruled that the Court has no jurisdiction over Lisa LeCorps because Plaintiff had filed a voluntary dismissal with prejudice of Lisa LeCorps in July 2020. Therefore, Victoria's Secret

Stores, Inc. is the only Defendant in the case. See Order Granting Defendant's Motion to Dismiss attached hereto as **Exhibit D.**

9. 28 U.S.C. §1446(b)(3) in relevant part states, "[i]f the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." Therefore, removal of this case is proper under 28 U.S.C. § 1446(b)(3) because the Court's Order of July 12, 2021 is an Order under which Victoria's Secret ascertained this case is one which has become removable.

10. This Notice of Removal is filed in accordance with 28 U.S.C. § 1441(b) and 28 U.S.C. § 1446.

11. Plaintiff is a citizen of the State of Florida.

12. Victoria's Secret is a Delaware limited liability company with its principal place of business in Ohio.

13. Victoria's Secret is a wholly owned subsidiary of Retail Store Operations, Inc., a Delaware corporation with its principal place of business in Ohio. For purposes of removal jurisdiction, neither Victoria's Secret nor Retail Store Operation, Inc., are citizens of Florida.

14. Therefore, complete diversity of citizenship exists between Plaintiff and Defendant.

15. This Notice is timely as it is being filed within thirty (30) days of receipt by Victoria's Secret of the Court's Order of July 12, 2021 from which it may be ascertained that this case is one which is or has become removable. See 28 U.S.C. § 1446(b), 28 U.S.C. § 1446(c).

13. As authorized by 28 U.S.C. §1441, removal is based on this Court's original

jurisdiction under 28 U.S.C. §1332, because diversity of citizenship exists between the Parties and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs, and attorney fees.

14. The undersigned has served a notice of the removal of this action on Plaintiff by serving her counsel with this notice of removal and has also filed a copy of this notice of removal and all attachments thereto with the Clerk of the Circuit Court of the 17th Judicial Circuit In and For Broward County, Florida. A copy of the Notice of Filing of the Notice of Removal is attached hereto as **Exhibit E.**

15. As this action asserts a claim between diverse parties for an amount greater than the jurisdictional threshold, the requirements of 28 U.S.C. §1332 have been satisfied and removal to this Court is proper.

WHEREFORE, Defendant Victoria's Secret LLC, respectfully requests this case be entered upon the docket of the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §§ 1441 and 1446.

## CERTIFICATE OF SERVICE

We hereby certify that on July 20, 2021, we presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _/s/ Tara Turner_
*Counsel for Defendant*
ANTHONY P. STRASIUS
Florida Bar No.: 988715
anthony.strasius@wilsonelser.com
TARA TURNER
Florida Bar No. 122121
Tara.turner@wilsonelser.com
Tel. (305) 374-4400/Fax (305) 579-0261